AUGUSTUS J. DONOVAN, Respondent, v. FRANCES DONOVAN, Appellant.— Order denying motion to punish for contempt affirmed, without costs. No opinion Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

ANNIE E. DOXSEY, Respondent, v. GEORGE W. MOSHER, Appellant.— Judgment and order of the County Court of Nassau county reversed upon the law and the facts and new trial ordered, costs to abide the event. Plaintiff's testimony was of such a quality as to raise a question of fact as to its truth, and the issues raised come within the scope of section 92 of the Negotiable Instruments Law and should, therefore, have been submitted to the jury. It was error for the trial court to rule that this testimony must be taken on its face value. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

GEORGE S. GANS, Respondent, v. MARVIN G. CONNALLY, Individually, Appellant, and MARVIN G. CONNALLY, ARCHIBALD H. WHAN and HARRY M. SMITH, Copartners Doing Business under the Firm Name and Style of A. H. WHAN & COMPANY, Defendants.— Order denying motion of defendant Connally for a further bill of particulars modified by directing that plaintiff furnish particulars of the services that he claims were to be rendered by defendant Connally or the other defendants, of the services actually rendered, and of the years or periods covered by income taxes for which refunds were to be sought and were actually obtained. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

GEORGE GOTTESMAN, Respondent, v. BANK OF NEW YORK AND TRUST COMPANY, Individually and as Administrator, etc., of EMIL SEELIG, Deceased, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. The complaint is at least sufficient as a cause of action in equity to recover the stock demanded or its value. (*Western Railroad Co. v. Bayne,* 75 N. Y. 1.) The second cause of action is sufficient as one in conversion. (*McIntyre* v. *Smathers,* 118 App. Div. 776.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.